**NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT**

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND AND BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND,<br><br>    Plaintiffs,<br><br>    v.<br><br>STREET PRINTING CO., INC.,<br><br>    Defendant. | Case № 2:23-cv-00980-ODW (AGRx)<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT STREET PRINTING CO., INC. [17]** |

It appearing from the records in the above-entitled action from Plaintiffs GCIU-Employer Retirement Fund and Board of Trustees of the GCIU-Employer Retirement Fund's Motion for Entry of Default Judgment, (ECF No. 17), including the declarations submitted in support thereof, and other evidence as required by Fed. R. Civ. P. 55(b) and Local Rule 55.1, that Defendant Street Printing Co., Inc. has failed to plead or otherwise defend in said action and the Clerk entered its default.

The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e)(1), and personal jurisdiction over Defendant pursuant to 28 U.S.C. § 1132(e)(2). Plaintiffs satisfy the procedural requirements for entry of default judgment and demonstrate that the factors in *Eitel v. McCool*, 782 F.2d 1470,

1471–72 (9th Cir. 1986), favor entry of default judgment against Defendant. Accordingly, the Court **GRANTS** Plaintiffs' Motion for Entry of Default Judgment.[1] (ECF No. 17.)

Now, therefore, on request of counsel, the Default Judgment, comprised of the following, is hereby entered against Defendant Street Printing Co., Inc.

### Plaintiffs' First Claim for Relief

As to Plaintiffs' First Claim for Relief, Defendant Street Printing Co., Inc. is hereby ordered to pay $553,091.00 in withdrawal liability and $49,269.93 in prejudgment interest pursuant to 29 U.S.C. § 1399(c)(6).

### Plaintiffs' Second Claim for Relief

As to Plaintiffs' Second Claim for Relief, Defendant Street Printing Co., Inc. is hereby ordered to pay $1,073.11 in underpaid minimum annual contributions, $296.65 in prejudgment interest attributable to the contributions, and $214.63 in liquidated damages.

### Attorneys' Fees and Costs

Defendant Street Printing Co., Inc. is hereby ordered to pay $17,678.91 in attorneys' fees, and costs totaling $643.16.

Total judgment for Plaintiffs including all of the above sums is $622,267.39.

**IT IS SO ORDERED.**

October 5, 2023

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

---

[1] Having carefully considered the papers filed in connection with the Motion, the Court deemed the matter appropriate for decision without oral argument. Fed. R. Civ. P. 78; C.D. Cal. L.R. 7-15.