O
JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND AND BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND,<br><br>               Plaintiffs,<br><br>     v.<br><br>STREET PRINTING CO., INC.,<br><br>               Defendant. | Case No. 2:23-cv-00980-ODW (AGRx)<br><br>**FINAL JUDGMENT** |

///
///
///
///
///
///
///
///
///
///

1

Pursuant to the Court's Order Granting Plaintiffs' Motion for Default Judgment, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1.     **JUDGMENT** is entered in favor of Plaintiffs and against Defendant, in accordance with the Court's Order Granting Plaintiffs' Motion for Default Judgment; and

2.     Plaintiffs are entitled to recover from Defendant the total sum of $622,267.39.

All dates and deadlines are **VACATED**.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

October 6, 2023

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**